United States District Court
Southern District of Texas
**ENTERED**
April 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KWAN HO WU, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-CV-05906 |
| | § | |
| BRET BRADFORD, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Based on the parties' representations that Petitioner Kwan Ho Wu has been released

from custody and that this case may be closed, the Court **ORDERS** as follows:

1. This case is **DISMISSED** without prejudice.

2. All other pending motions, if any, are **DENIED as MOOT**.

3. This case is **CLOSED**.

SIGNED this ____6th____ day of April 2026.

_____

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE